Appendix A: Continued List of Interest Parties

| PARTY | CONNECTION/INTEREST |
|---|---|
| REDWOOD DOE FUNDS 1-7,<br>COLBECK CAPITAL MANAGEMENT, LLC,<br>COLBECK DOE FUNDS 1-3 | DEFENDANT<br>DEFENDANT<br>DEFENDANT |