1 | Michael J. Bowe
(*pro hac vice* application forthcoming)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice* application forthcoming)
ltabaksblat@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, NY 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

David M. Stein (#198256)
dstein@olsonstein.com
Olson Stein LLP
240 Nice Lane, #301
Newport Beach, California 92663
Telephone: (949) 887-4600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | CASE NO. 2:24-cv-04795 <br><br> **PLAINTIFF'S NOTICE OF RELATED CASES** |

CASE NO. 2:24-cv-04795

PLAINTIFF'S NOTICE OF RELATED CASES

T.C. hereby files this Notice of Related Cases under Central District of California Local Rule 83-1.3.1 regarding the following actions filed on February 19, 2021 and June 17, 2021, respectively, in this District Court: (1) *Jane Doe v. MindGeek USA Incorporated et al.*, Civil Action No. 8:21-cv-00338-CJC-ADS, currently pending before the Honorable Wesley L. Hsu; and (2) *Serena Fleites v. MindGeek S.a.r.l. et al.*, Case No. 2:21-cv-4920, currently pending before the Honorable Wesley L. Hsu. The actions have a substantial overlap in defendants and have some of the same factual allegations. It would further the interests of judicial efficiency to have them heard by the same judge.

*Jane Doe v. MindGeek USA Incorporated et al.* is a class action seeking damages and injunctive relief against defendants – (i) MindGeek USA Incorporated (ii) MindGeek S.A.R.L., (iii) MG Freesites, Ltd., (d/b/a Pornhub), (iv) MG Freesites II, Ltd., (v) MG Content RT Limited, and (vi) 9219-1568 Quebec Inc. (d/b/a MindGeek) – based on allegations that defendants violated the Trafficking Victims Protection Reauthorization Act ("TVPRA"), specifically 18 U.S.C. §§ 1591 and 1595, among other laws, by financially benefiting from, or otherwise participating in, a sex trafficking venture in which the plaintiff and members of the class were victims. Further, the plaintiff alleges that the defendants violated 18 U.S.C. § 2258A by failing to report child sexual abuse materials on their websites and 18 U.S.C. § 2252A for knowingly receiving and distributing child pornography depicting plaintiff and the class on their websites. On November 17, 2023, the Court granted Plaintiff's Motion for Class Certification and certified under both Federal Rules of Civil Procedure 23(b)(2) and 23(b)(3) two classes. (Dkt. 209, Order Granting Plaintiff's Motion for Class Certification, *Jane Doe v. MindGeek USA Incorporated et al.*, Case No. 8:21-cv-00338-WLH-ADS (C.D. Cal. 2021).) The Court first certified a national class including "all persons who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any

website owned or operated by Defendants in the last ten years." (Dkt. 107 at 44, ¶ 154.) The Court next certified a subclass of "all persons residing in California who were under the age of 18 when they appeared in a video or image that has been uploaded or otherwise made available for viewing on any website owned or operated by Defendants in the last ten years." (*Id.* at ¶ 155.) Plaintiff in this related action is represented by the following counsel: Susman Godfrey L.L.P. and Pollock Cohen LLP.

*Serena Fleites v. MindGeek S.a.r.l. et al.* is an action seeking damages and injunctive relief against defendants – (i) MindGeek S.a.r.l., (ii) MG Freesites, Ltd. d/b/a Pornhub ("Pornhub"), (iii) MindGeek USA Incorporated ("MindGeek USA"), MG Premium Ltd., (iv) MG Global Entertainment, Inc., and (v) 9219-1568 Quebec, Inc. (collectively "MindGeek"); (vi) Bernd Bergmair, (vii) Feras Antoon, and (viii) David Tassillo (Bergmair, together with Antoon and Tassillo, the "Individual Defendants," and together with MindGeek, the "MindGeek Defendants"); (ix) Visa Inc. ("Visa"); (x) Redwood Capital Management, LLC, (xi) Redwood Master Fund, LTD, (xii) Redwood Opportunity Master Fund, Ltd., (xiii) Manuel 2018, LLC, (xiv) Gingogerum, LLC, and (xv) White-Hathaway Opportunity Fund, LLC (collectively, "Redwood"); (xvi) Colbeck Capital Management, LLC, (xvii) CB Media Ventures LLC;,(xviii) CB Agency Services, LLC, and (xix) CB Participations SPV, LLC (collectively "Colbeck") (Colbeck, together with the MindGeek Defendants, Visa, and Redwood, "defendants") – for sex trafficking and conspiracy to benefit from a trafficking venture in violation of 18 U.S.C. §§ 1591, 1594, and 1595, for receipt, transport, and possession of child pornography in violation of 18 U.S.C. §§ 2252, 2252A, and 2255, and state statutory and common law violations. Plaintiff in this related action is represented by the following counsel: Brown Rudnick LLP and Olson Stein LLP.

| | | |
|---|---|---|
| DATED: June 7, 2024 | | Respectfully submitted, |
| | | BROWN RUDNICK LLP |
| | | By: /s/ Michael J. Bowe |
| | | Michael J. Bowe |
| | | (*pro hac vice* application forthcoming) |
| | | Lauren Tabaksblat |
| | | (*pro hac vice* application forthcoming) |
| | | *Attorneys for Plaintiff* |