Name and address:
WIECHERT, MUNK & GOLDSTEIN, PC
David W. Wiechert, SBN 94607
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660
Telephone: (949) 361-2822

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

T.C.,

　　　　　　　　　　v.　　　　　　　　　　Plaintiff(s)

MindGeek S.A.R.L. et al.,

　　　　　　　　　　　　　　　　　　　　Defendant(s).

CASE NUMBER

2:24-cv-04795-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sack, Jonathan S.　　　　　　　　　　　　　of
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 880-9410　　　　　(212) 856-9494
*Telephone Number*　　　*Fax Number*

jsack@maglaw.com
*E-Mail Address*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.
565 Fifth Avenue
New York, NY 10017

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

David Tassillo

*Name(s) of Party(ies) Represented*　　☐ *Plaintiff(s)*　☒ *Defendant(s)*　☐ *Other:*

**and designating as Local Counsel**

Wiechert, David W.　　　　　　　　　　　　of
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 94607　　(949) 361-2822　　(949) 361-5722
*Designee's Cal. Bar No.*　*Telephone Number*　*Fax Number*

*E-Mail Address*

WIECHERT, MUNK & GOLDSTEIN, PC
4000 MacArthur Blvd., Suite 600 East Tower
Newport Beach, CA 92660

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:　☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded　☐ not be refunded.

Dated _____

　　　　　　　　　　　　　　　　　　　　　　　　**U.S. District Judge/U.S. Magistrate Judge**