Dan Marmalefsky (SBN 95477)
Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017
Tel: 212-892-5809
Fax: 212-892-5454
Email: dmarmalefsky@mofo.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

T.C.

v.

MindGeek S.A.R.L., et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:24-cv-04795

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

White, Ronald G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

212-335-2387
*Telephone Number*

212-335-2040
*Fax Number*

rwhite@wmhwlaw.com
*E-Mail Address*

of

Walden Macht Haran & Williams LLP
250 Vesey Street, 27th Floor
New York, NY 10281

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Bernd Bergmair

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* _____

and designating as Local Counsel

Marmalefsky, Dan
*Designee's Name (Last Name, First Name & Middle Initial)*

95477
*Designee's Cal. Bar No.*

213-892-5809
*Telephone Number*

212-892-5454
*Fax Number*

dmarmalefsky@mofo.com
*E-Mail Address*

of

Morrison & Foerster LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____                       _____
                                            U.S. District Judge/U.S. Magistrate Judge