Arameh Z. O'Boyle (SBN: 239495)
azoboyle@mintz.com
Esteban Morales (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone:  (310) 586-3200
Facsimile:   (310) 586-3202

[*Additional Defendants' Counsel continued on next page*]

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04795-WLH-ADS <br><br> **JOINT STIPULATION RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS TO DISMISS** <br><br> Judge:  Hon. Wesley L. Hsu <br><br> Complaint Filed:  June 7, 2024 <br><br> Trial Date:         None Set |

[*Additional Defendants' Counsel continued from caption page*]

Seth R. Goldman *(pro hac vice app. forthcoming)*
srgoldman@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
919 Third Avenue
New York, NY 10022
Telephone: (212) 692-6845
Facsimile: (212) 983-3115

Peter A. Biagetti *(pro hac vice app. forthcoming)*
pabiagetti@mintz.com
MINTZ, LEVIN, COHN, FERRIS,
 GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

1    Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA
2 Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568
3 Quebec Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Visa Inc., Redwood
4 Capital Management, LLC, and Colbeck Capital Management, LLC (collectively,
5 "Defendants") and Plaintiff T.C. ("Plaintiff") (collectively with Defendants, the
6 "Parties"), by and through their counsel, hereby stipulate as follows:

7    WHEREAS, on June 7, 2024, Plaintiff filed her Complaint (ECF No. 1,
8 hereafter referred to as the "Complaint");

9    WHEREAS, the Complaint includes 17 causes of action and 456 paragraphs
10 of allegations across 125 pages (*id.*);

11    WHEREAS, Plaintiff sent waivers to various Defendants and filed these
12 executed waivers with the Court, resulting in the following deadlines for
13 Defendants to answer, move, or otherwise respond to the Complaint:

| **Defendant** | **Days to Add per FRCP 4(d)(3)** | **Date Waiver Sent** | **Resulting Deadline to Answer, Move, or Otherwise Respond** |
|---|---|---|---|
| MindGeek S.à r.l., a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| MG Freesites Ltd, a foreign entity | 90 | 6/26/2024 | 9/24/2024 |
| MindGeek USA Incorporated, a Delaware corporation | 60 | 6/14/2024 | 8/13/2024 |
| MG Premium Ltd, a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| MG Global | 60 | 6/14/2024 | 8/13/2024 |

| | | | |
|---|---|---|---|
| Entertainment Inc., a Delaware corporation | | | |
| 9219-1568 Quebec Inc., a foreign entity | 90 | 6/14/2024 | 9/12/2024 |
| Feras Antoon, a foreign individual | 90 | 6/27/2024 | 9/25/2024 |
| David Tassillo, a foreign individual | 90 | 6/27/2024 | 9/25/2024 |
| Visa Inc., a Delaware corporation | 60 | 6/14/2024 | 8/13/2024 |
| Redwood Capital Management, LLC, a Delaware limited liability company | 60 | 6/26/2024 | 8/26/2024 |
| Colbeck Capital Management, LLC, a Delaware limited liability company | 60 | 6/14/2024 | 8/13/2024 |
| Bernd Bergmair, a foreign individual[1] | 90 | 6/14/2024 | 9/12/2024 |

WHEREAS, the Parties agree that given the volume and complexity of the Complaint and the benefits of having a unified briefing schedule for all Defendants, good cause exists for additional time to answer, move, or otherwise respond to the Complaint, and good cause exists to set the subsequent briefing deadlines as follows:

---

[1] Bernd Bergmair signed and returned a waiver of service to Plaintiff on 7/15/2024, but Plaintiff has yet to file it with the Court.

| | | |
|---|---|---|
| 1 | **October 15, 2024:** | Each Defendant's Deadline to Answer, Move, or |
| 2 | | Otherwise Respond to the Complaint; |
| 3 | **November 22, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's |
| 4 | | Answer, Motion, or Response (if and as applicable); |
| 5 | **December 13, 2024:** | Each Defendant's Deadline to File Replies (if and as |
| 6 | | applicable); |
| 7 | **January 10, 2025:** | Proposed Hearing on Each Defendant's Answer, |
| 8 | | Motion or Response (if and as applicable) |

WHEREAS, the Parties agree that given the volume and complexity of the Complaint, good cause exists to permit Defendants a modest increase in the number of pages for their motion(s), not to exceed a total of 40 pages; and

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to the Complaint, including any objection or defense on the ground of lack of personal jurisdiction;

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to extend Defendants' deadline to answer, move or otherwise respond to the Complaint and therefore that, subject to the approval of this Court, the subsequent briefing deadlines shall be:

| | | |
|---|---|---|
| | **October 15, 2024:** | Each Defendant's Deadline to Answer, Move, or |
| | | Otherwise Respond to the Complaint; |
| | **November 22, 2024:** | Plaintiff's Deadline to Respond to Each Defendant's |
| | | Answer, Motion, or Response (if and as applicable); |
| | **December 13, 2024:** | Each Defendant's Deadline to File Replies (if and as |
| | | applicable); |
| | **January 10, 2025:** | Proposed Hearing on Each Defendant's Answer, |
| | | Motion or Response (if and as applicable) |

1   IT IS THEREFORE FURTHER STIPULATED AND AGREED that, subject to the approval of this Court, there is good cause to increase the page limit for each motion in response to the Complaint to 40 pages or less.

IT IS THEREFORE FURTHER STIPULATED AND AGREED that Defendants preserve all objections and defenses to the Complaint, including all objections and defenses on the ground of lack of personal jurisdiction.

Accordingly, the Parties respectfully request that this Court sign the [Proposed] Order setting forth this amended briefing schedule and page limit increases set forth above.

IT IS SO STIPULATED.

DATED: August 9, 2024

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

By   */s/ Esteban Morales*
Seth R. Goldman (*pro hac vice app. forthcoming*)
Peter A. Biagetti (*pro hac vice app. forthcoming*)
Arameh Z. O'Boyle
Esteban Morales

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

| | | |
|---|---|---|
| DATED: August 9, 2024 | | BROWN RUDNICK LLP |

By  */s/ Lauren Tabaksblat*
Michael J. Bowe
Lauren Tabaksblat
*Attorneys for Plaintiff T.C.*

DATED: August 9, 2024    WEIL, GOTSHAL & MANGES LLP

By  */s/ Drew Tulumello*
Drew Tulumello
*Attorneys for Defendant Visa Inc.*

DATED: August 9, 2024    MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC

By  */s/ Jonathan S. Sack*
Jonathan S. Sack
*Attorneys for Defendant David Tassillo*

DATED: August 9, 2024    COHEN & GRESSER LLP

By  */s/ Matthew V. Povolny*
Matthew V. Povolny
*Attorneys for Defendant Feras Antoon*

| | | |
|---|---|---|
| 2 | DATED: August 9, 2024 | WALDEN MACHT HARAN & WILLIAMS LLP |

By   */s/ Ronald G. White*
Ronald G. White
*Attorneys for Defendant Bernd Bergmair*

DATED: August 9, 2024   PAUL HASTINGS LLP

By   */s/ James M. Pearl*
James M. Pearl
Adam M. Reich
Emma Lanzon
Kiaura Clark
*Attorneys for Defendant Redwood Capital Management, LLC*

DATED: August 9, 2024   WHITE & CASE LLP

By   */s/ Kevin C. Adam*
David G. Hille
Kevin C. Adam
Russell J. Gould
*Attorneys for Defendant Colbeck Capital Management, LLC*

# **ATTESTATION STATEMENT**

I, Esteban Morales, the filer of this declaration, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 9, 2024

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Esteban Morales*
Esteban Morales

*Attorney for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc., certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on August 9, 2024 upon all counsel of record via ECF.

Dated:  August 9, 2024

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Esteban Morales*
Esteban Morales

*Attorney for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*