Esteban Morales Fabila (SBN 273948)
emorales@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
2049 Century Park East, Suite 300
Los Angeles, CA 90067
Telephone: (310) 586-3200
Facsimile: (310) 586-3202

Peter A. Biagetti (*Pro Hac Vice Application Pending*)
pabiagetti@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

*Attorneys for Defendants MindGeek S.à.r.l (specially appearing), MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES LTD, a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04795-WLH-ADS <br><br> **JOINT STIPULATION TO REQUEST LIMITED COORDINATION FOR PURPOSES OF RESPONDING TO COMPLAINTS IN RELATED CASES** <br><br> Judge: Hon. Wesley L. Hsu <br><br> Complaint Filed: June 7, 2024 <br><br> Trial Date: None Set |

Plaintiff T.C. ("Plaintiff") and Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Bernd Bergmair, Feras Antoon, David Tassillo, Visa Inc., Redwood Capital Management, LLC, and Colbeck Capital Management, LLC (collectively, "Defendants"; Defendants together with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, each of the Defendants has been named as defendants in fourteen (14) related lawsuits filed in this Court wherein Brown Rudnick LLP ("Plaintiffs' counsel") represents each of the plaintiffs in their respective cases against Defendants;

WHEREAS, each of the 14 cases, which are listed on the Appendix attached hereto as Exhibit 1, has been designated as "related" and assigned to the Honorable Wesley L. Hsu;

WHEREAS, in 13 of the 14 cases, the Court entered an Order Granting Joint Stipulation Re Briefing Schedule for Defendants' Motion to Dismiss that set October 15, 2024 as Defendants' deadline to answer, move, or otherwise respond to each complaint, and set January 10, 2025 as the hearing date for motions filed in response to each complaint;

WHEREAS, the case styled *J.L. v. Mindgeek S.à.r.l. et al.*, Case No. 2:24-cv-07046 WLH(ADSx) (C.D. Cal. Aug. 20, 2024) (the "*J.L.* case"), was only recently filed, so deadlines to respond to the complaint have not been set for all of the Defendants;

WHEREAS, the complaints in each of the 14 actions contain substantially similar allegations and causes of action;

WHEREAS, in addition to the 14 cases, there is another related case—*Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. June 17, 2021) ("*Fleites*")—in which motions to dismiss have been filed that are scheduled to be heard on November 22, 2024;

WHEREAS, given the length and complexity of each complaint, and in the interest of judicial economy, efficient case management, and to conserve the resources of the over 30 parties involved in these 14 related cases, the Parties believe good cause exists to (a) set October 21, 2024 as the deadline for each of the Defendants to answer, move, or otherwise respond to the complaints in each of the 14 actions; (b) in each of the 14 related cases, allow each defense counsel to file a single omnibus motion to dismiss for the parties that they each represent which may incorporate by reference the arguments made in the parties' motions to dismiss filed in the *Fleites* case; (c) allow Plaintiffs' counsel to file a single omnibus opposition to the collective motions to dismiss filed by Defendants in the 14 related cases, which may incorporate by reference the arguments made by the Parties in the motion to dismiss briefing in the *Fleites* case; (d) allow each defense counsel to file one omnibus reply to each motion to dismiss filed in the 14 related cases; (e) set a briefing and hearing schedule in the 14 related cases for the omnibus motions to dismiss, with the motions filed in each case being heard on the same hearing date; (f) increase the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply to 35 pages given the length and complexity of the complaints and the number of related cases; and (g) increase the page limit for Plaintiffs' omnibus opposition to 85 pages given the length and complexity of the complaints, number of related cases, and the number of motions to dismiss;

WHEREAS, the Parties agree to modify the briefing schedule previously agreed to in 13 of the 14 actions, and to set the following as the briefing schedule in the *J.L.* case, to allow the Court additional time to consider this stipulation and the Defendants to prepare their omnibus motions:

- October 21, 2024: Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaints;

- November 26, 2024: Plaintiff's Deadline to Respond to each Defendant's Answer, Motion, or Response (if and as applicable);
- December 17, 2024: Each Defendant's Deadline to File Replies (if and as applicable);
- January 10, 2025: Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable);

WHEREAS, the foregoing briefing schedule would not disturb the previously agreed-to January 10, 2025 hearing date in 13 of the 14 actions and would set January 10, 2025 as the hearing date for the *J.L.* case; and

WHEREAS, the Parties agree that Defendants preserve all objections and defenses to each complaint in the 14 related cases, including any objection or defense on the ground of lack of personal jurisdiction.

IT IS THEREFORE STIPULATED AND AGREED that there is good cause for the Court to coordinate the briefing and hearing schedule as set forth herein only in regards to each of the Defendants answering, moving, or otherwise responding to the complaints in each of the 14 related actions.

IT IS FURTHER STIPULATED AND AGREED that, subject to the approval of the Court, there is good cause to increase the page limit for each omnibus motion to dismiss to 50 pages and each omnibus reply to 35 pages given the length and complexity of the complaints and the number of related cases, which represents a fraction of the total pages that would be filed if each of the Defendants filed an individualized motion and reply in each of the 14 related actions.

IT IS FURTHER STIPULATED AND AGREED that, subject to the approval of the Court, there is good cause to increase the page limit for Plaintiffs' omnibus opposition brief to 85 pages given the volume and complexity of the complaints and the number of related cases, which represents a fraction of the total pages that would be filed if each of the Defendants filed an individualized motion

and reply in each of the 14 related actions, and if Plaintiffs filed an individualized opposition in each of the 14 related actions.

IT IS FURTHER STIPULATED AND AGREED that, subject to approval of the Court, there is good cause to set the following schedule:

- October 21, 2024: Each Defendant's Deadline to Answer, Move, or Otherwise Respond to the Complaints;
- November 26, 2024: Plaintiff's Deadline to Respond to each Defendant's Answer, Motion, or Response (if and as applicable);
- December 17, 2024: Each Defendant's Deadline to File Replies (if and as applicable);
- January 10, 2025: Proposed Hearing on Each Defendant's Answer, Motion or Response (if and as applicable).

IT IS FURTHER STIPULATED AND AGREED that Defendants preserve all objections and defenses to each complaint in the 14 related cases, including any objection or defense on the ground of lack of personal jurisdiction.

Accordingly, the Parties respectfully request that this Court set the briefing and hearing schedule for any motions to dismiss and enter the [Proposed] Order concurrently filed with this Joint Stipulation.

IT IS SO STIPULATED.

DATED:  October 4, 2024            BROWN RUDNICK LLP

By  */s/ Michael J. Bowe*
Michael J. Bowe
Lauren Tabaksblat
*Attorneys for Plaintiff T.C.*

| | | |
|---|---|---|
| DATED: October 4, 2024 | | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C. |
| | By | */s/ Esteban Morales Fabila* |
| | | Esteban Morales Fabila |
| | | Peter A. Biagetti (*Pro Hac Vice Application Pending*) |
| | | *Attorneys for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.* |
| DATED: October 4, 2024 | | WEIL, GOTSHAL & MANGES LLP |
| | By | */s/ Drew Tulumello* |
| | | Drew Tulumello |
| | | *Attorneys for Defendant Visa Inc.* |
| DATED: October 4, 2024 | | MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC |
| | By | */s/ Jonathan S. Sack* |
| | | Jonathan S. Sack |
| | | *Attorneys for Defendant David Tassillo* |
| DATED: October 4, 2024 | | COHEN & GRESSER LLP |
| | By | */s/ Matthew V. Povolny* |
| | | Matthew V. Povolny |
| | | *Attorneys for Defendant Feras Antoon* |

DATED: October 4, 2024          WALDEN MACHT HARAN & WILLIAMS LLP

By  */s/ Ronald G. White*
    Ronald G. White
    *Attorneys for Defendant Bernd Bergmair*

DATED: October 4, 2024          PAUL HASTINGS LLP

By  */s/ James M. Pearl*
    James M. Pearl
    Adam M. Reich
    Emma Lanzon
    Kiaura Clark
    *Attorneys for Defendant Redwood Capital Management, LLC*

DATED: October 4, 2024          WHITE & CASE LLP

By  */s/ David G. Hille*
    David G. Hille
    Kevin C. Adam
    Russell J. Gould
    *Attorneys for Defendant Colbeck Capital Management, LLC*

# **ATTESTATION STATEMENT**

I, Esteban Morales, the filer of this declaration, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: October 4, 2024        MINTZ LEVIN COHN FERRIS
                 GLOVSKY AND POPEO P.C.

                 */s/ Esteban Morales Fabila*
                 Esteban Morales Fabila

                 *Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc., certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 4, 2024 upon all counsel of record via ECF.

Dated: October 4, 2024

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.

*/s/ Esteban Morales Fabila*
Esteban Morales Fabila

*Attorney for Defendants MindGeek S.à.r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

# EXHIBIT 1

# Appendix of Related Cases Filed by Brown Rudnick

|  | *Case Name* | *Case Number* | *Filing Date* |
|---|---|---|---|
| *1.* | *K.A. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04786-WLH-ADS | 06/07/2024 |
| *2.* | *L.T. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04791-WLH-ADS | 06/07/2024 |
| *3.* | *N.L. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04788-WLH-ADS | 06/07/2024 |
| *4.* | *N.Y. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04801-WLH-ADS | 06/07/2024 |
| *5.* | *T.C. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04795-WLH-ADS | 06/07/2024 |
| *6.* | *X.N. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04800-WLH-ADS | 06/07/2024 |
| *7.* | *J.C. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04971-WLH-ADS | 06/12/2024 |
| *8.* | *C.S. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04992-WLH-ADS | 06/13/2024 |
| *9.* | *S.O. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04998-WLH-ADS | 06/13/2024 |
| *10.* | *W.L. v. MindGeek S.A.R.L., et al.* | 2:24-cv-04977-WLH-ADS | 06/13/2024 |
| *11.* | *L.S. v. MindGeek S.A.R.L., et al.* | 2:24-cv-05026-WLH-ADS | 06/14/2024 |
| *12.* | *A.K. v. MindGeek S.A.R.L., et al.* | 2:24-cv-05190-WLH-ADS | 06/20/2024 |
| *13.* | *W.P. v. MindGeek S.A.R.L., et al.* | 2:24-cv-05185-WLH-ADS | 06/20/2024 |
| *14.* | *J.L. v. MindGeek S.A.R.L., et al.* | 2:24-cv-07046 WLH-ADS | 08/20/2024 |