1  WIECHERT, MUNK & GOLDSTEIN, PC
   David Wiechert, CA Bar No. 94607
2  4000 MacArthur Boulevard,
3  Suite 600 East Tower
   Newport Beach, CA 92660
4  Phone: (949) 361-2822
   Facsimile: (949) 361-5722
5  Email: dwiechert@aol.com

6  MORVILLO ABRAMOWITZ
   GRAND IASON & ANELLO PC
7  Jonathan S. Sack (*pro hac vice*)
   Alexander F.R. Peacocke (*pro hac vice*
8  pending)
   565 Fifth Avenue
9  New York, New York 10017
   Phone: (212) 856-9600
10 Facsimile: (212) 856-9494
   Email: jsack@maglaw.com
11 Email: apeacocke@maglaw.com

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan
800 Third Avenue
New York, New York 10022
Phone: (212) 957-7600
Facsimile: (212) 957-4514
Email: jbrown@cohengresser.com
Email: mpovolny@cohengresser.com
Email: jchan@cohengresser.com

*Attorneys for Specially Appearing Defendant Feras Antoon*

12 *Attorneys for Specially Appearing Defendant David Tassillo*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| K.A.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-04786-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: not set |

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

| | | |
|---|---|---|
| 1 | N.L., | |
| 2 | Plaintiff, | |
| | v. | |
| 3 | MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | Case No. 2:24-cv-04788-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set |
| | Defendants. | |
| | L.T., | |
| | Plaintiff, | |
| | v. | |
| | MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, | Case No. 2:24-cv-04791-WLH-ADS

SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS

Hearing Date: January 31, 2025
Hearing Time: 1:30 p.m.
Courtroom: 9B
Judge: Hon. Wesley Hsu
Complaint Filed: June 7, 2024
Trial Date: not set |
| | Defendants. | |

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

| | |
|---|---|
| T.C.,<br>    Plaintiff,<br> v.<br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br>    Defendants. | Case No. 2:24-cv-04795-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Wesley Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: not set |
| X.N.,<br>    Plaintiff,<br> v.<br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br>    Defendants. | Case No. 2:24-cv-04800-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Wesley Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: not set |

| | |
|---|---|
| N.Y.,<br><br>              Plaintiff,<br>     v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>              Defendants. | Case No. 2:24-cv-4801-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: not set |
| J.C.,<br><br>              Plaintiff,<br>     v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>              Defendants. | Case No. 2:24-cv-04971-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: June 12, 2024<br>Trial Date: not set |

| | |
|---|---|
| W.L., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04977-WLH-ADS <br><br> SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS <br><br> Hearing Date:  January 31, 2025 <br> Hearing Time:  1:30 p.m. <br> Courtroom:  9B <br> Judge:  Hon. Wesley Hsu <br> Complaint Filed: June 13, 2024 <br> Trial Date: not set |
| C.S., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04992-WLH-ADS <br><br> SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS <br><br> Hearing Date:  January 31, 2025 <br> Hearing Time:  1:30 p.m. <br> Courtroom:  9B <br> Judge:  Hon. Wesley Hsu <br> Complaint Filed: June 13, 2024 <br> Trial Date: not set |

| | |
|---|---|
| S.O.,<br><br>     Plaintiff,<br><br> v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>     Defendants. | Case No. 2:24-cv-04998-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: June 13, 2024<br>Trial Date: not set |
| L.S.,<br><br>     Plaintiff,<br><br> v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>     Defendants. | Case No. 2:24-cv-05026-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: June 14, 2024<br>Trial Date: not set |

| | |
|---|---|
| W.P.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-05185-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Wesley Hsu<br>Complaint Filed: June 20, 2024<br>Trial Date: not set |
| A.K.,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-05190-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date:  January 31, 2025<br>Hearing Time:  1:30 p.m.<br>Courtroom:  9B<br>Judge:  Hon. Wesley Hsu<br>Complaint Filed: June 20, 2024<br>Trial Date: not set |

| | |
|---|---|
| J.L.,<br><br>                Plaintiff,<br><br>    v.<br><br>MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD MASTER FUND, LTD, a foreign entity; MANUEL 2018, LLC, a Delaware limited liability company; GINOGERUM, LLC, a Delaware limited liability company; WHITE HATHAWAY OPPORTUNITY, LLC, a Delaware limited liability company, CB MEDIA VENTURES LLC, a Delaware limited liability company; CB AGENCY SERVICES, LLC, a Delaware limited liability company; and CB PARTICIPATIONS SPV, LLC, a Delaware limited liability company,<br><br>                Defendants. | Case No. 2:24-cv-07046-WLH-ADS<br><br>SPECIALLY APPEARING DEFENDANTS FERAS ANTOON AND DAVID TASSILLO'S NOTICE OF OMNIBUS MOTION TO DISMISS THE COMPLAINTS<br><br>Hearing Date: January 31, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley Hsu<br>Complaint Filed: August 20, 2024<br>Trial Date: not set |

FERAS ANTOON AND DAVID TASSILLO'S
NOTICE OF OMNIBUS MOTION TO DISMISS

# **NOTICE OF OMNIBUS MOTION TO DISMISS**

PLEASE TAKE NOTICE that, on January 31, 2025 at 1:30 p.m., or as soon thereafter as the matters may be heard in Courtroom 9B in the U.S. District Court for the Central District of California, located at the First Street Courthouse, 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012, before the Honorable Wesley Hsu, Specially Appearing Defendants Feras Antoon and David Tassillo will move, and hereby move, for Orders dismissing each of the Plaintiffs' Complaints in the above-captioned actions (the "Related Actions") pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b).

Neither Antoon nor Tassillo consents nor submits to the jurisdiction of this Court, and they appear in these actions for the limited purpose of contesting jurisdiction.

This Omnibus Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on October 14, 2024.

If the Court finds jurisdiction over Antoon and Tassillo, they respectfully move for dismissal on the ground that each of the Plaintiffs in the Related Actions has failed to state a claim against them upon which relief can be granted. This Omnibus Motion is based on this Notice of Motion; the accompanying Memorandum of Law which was filed only in *K.A. v. MindGeek S.A.R.L., et al.*, No. 2:24-cv-04786 (WLH) (ADS) (C.D. Cal.) for the sake of judicial economy, but is incorporated in full into each of the Related Actions; and all other matters properly before this Court.

DATED: October 30, 2024                    Respectfully Submitted,

By: _____

COHEN & GRESSER LLP
Jason Brown (*pro hac vice*)
Matthew V. Povolny (*pro hac vice*)
Joanna Chan

*Attorneys for Specially Appearing Defendant Feras Antoon*

MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC
Jonathan S. Sack (*pro hac vice*)
Alexander F.R. Peacocke (*pro hac vice* pending)

*Attorneys for Specially Appearing Defendant David Tassillo*

WIECHERT, MUNK & GOLDSTEIN, PC
David Wiechert (SBN 94607)