| | |
|---|---|
| DAN MARMALEFSKY<br>(CA SBN 95477)<br>DMarmalefsky@mofo.com<br>Morrison & Foerster LLP<br>707 Wilshire Boulevard<br>Los Angeles, California 90017-3543<br>Telephone: 213-892-5200<br>Facsimile: 213-892-5454 | RONALD G. WHITE<br>(admitted pro hac vice)<br>RWhite@wmhwlaw.com<br>Walden Macht Haran & Williams LLP<br>250 Vesey Street<br>New York, NY 10281<br>Telephone: 212-335-2387<br>Facsimile: 212-335-2040 |

Attorneys for Defendant Bernd Bergmair

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>                Plaintiff,<br>  vs.<br>MINDGEEK S.A.R.L., et al.,<br><br>                Defendants. | Case No. 2:24-cv-04795-WLH-ADS<br><br>**NOTICE OF DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]**<br><br>Date: January 31, 2025<br>Time: 1:30 p.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases ("Order") entered in this case, Defendant Bernd Bergmair filed an Omnibus Motion to Dismiss in *K.A. v. MindGeek, S.à.r.l, et al.*, Case No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.*"), which is hereby incorporated in full into this case.

The Omnibus Motion to Dismiss includes arguments and grounds to dismiss that are applicable to Plaintiff T.C. ("Plaintiff") in this case, including that this case and claims should be dismissed because:

- The Court lacks personal jurisdiction over Defendant Bergmair;
- The claims are barred by 47 U.S.C. § 230(c);
- The Complaint does not state a claim for violation of federal or state sex-trafficking laws (18 U.S.C. §§ 1591, 1594, 1595 and Cal. Civ. Code § 52.5);
- The Complaint does not state a claim for receipt, transport, or distribution of child pornography (18 U.S.C. §§ 2252, 2252A, 2255); and
- The Complaint does not state a claim for the remaining claims, including public disclosure of private facts, intrusion into private affairs, false light, common-law and statutory misappropriation of likeness, Cal. Civ. Code § 1708.85, negligence, Cal. Bus. & Prof. Code §§ 17200 and 17500, civil conspiracy, and intentional infliction of emotional distress.

In response to Plaintiff's Complaint in this case, and in accordance with the Court's Order, Defendant Bergmair incorporates by reference his arguments from his Omnibus Motion to Dismiss filed in *K.A.* as if stated herein in whole and moves to dismiss Plaintiff's claims in this case on the same grounds and pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6) and 9(b). Defendant Bergmair respectfully requests that the Court dismiss the Complaint and all claims with prejudice.

1   The hearing for Defendant Bergmair's Omnibus Motion to Dismiss has been
2   set for January 31, 2025 at 1:30 p.m. in Courtroom 9B of the above-referenced
3   court, located at 350 W. 1st Street, Los Angeles, CA 90012.

4   Dated: October 30, 2024

By: */s/ Ronald G. White*
RONALD G. WHITE
(admitted *pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

# CERTIFICATE OF SERVICE

The undersigned, the counsel of record for Bernd Bergmair, certifies that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on October 30, 2024 upon all counsel of record via ECF.

Dated: October 30, 2024                  Respectfully submitted,

/s/ Ronald G. White
RONALD G. WHITE
(admitted *pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair