UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>            Plaintiff,<br><br>      v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>            Defendants. | Case No.: 2:24-cv-04795-WLH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT BERND BERGMAIR'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FOR LACK OF PERSONAL JURISDICTION [FRCP 12(B)(2)] AND FOR FAILURE TO STATE A CLAIM [FRCP 12(B)(6)]** |

On October 30, 2024, Defendant Bernd Bergmair filed Defendant Bernd Bergmair's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction and For Failure to State a Claim.

This Motion is made pursuant to Federal Rule of Civil Procedure 12(b)(2), on the grounds that the Court lacks personal jurisdiction over Defendant Bergmair, and Rules 12(b)(6) and 9(b), on the grounds that the Complaint fails to state a claim against him upon which relief may be granted.

The Court, having considered Defendant Bergmair's Motion, hereby GRANTS the Motion and ORDERS as follows:

1.      Plaintiff's Complaint is dismissed with prejudice for both lack of personal jurisdiction and failure to state a claim for relief.

-2-

**IT IS SO ORDERED.**

Dated: _____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE