David G. Hille (*pro hac vice*)
dhille@whitecase.com
Kevin C. Adam (*pro hac vice forthcoming*)
kevin.adam@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020-1095
Telephone:  (212) 819-8357
Facsimile:   (212) 354-8113

Russell J. Gould (SBN 313352)
russell.gould@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| T.C.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MINDGEEK S.À.R.L., et al.,<br><br>　　　　Defendants. | Case No. 2:24-cv-04795-WLH-ADS<br><br>Hon. Wesley L. Hsu<br><br>**DEFENDANT COLBECK CAPITAL MANAGEMENT, LLC'S NOTICE OF FILING OF OMNIBUS MOTION TO DISMISS IN RELATED CASE** |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint
3  Stipulation to Request Limited Coordination for Purposes of Responding to
4  Complaints in Related Cases, on October 30, 2024, Defendants Colbeck Capital
5  Management, LLC ("CB"); CB Media Ventures DD, LLC; CB Agency Services,
6  LLC; and CB Participations SPV, LLC (collectively, "CB Defendants") filed in *K.A.*
7  *v. MindGeek, S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024)
8  ("*K.A.* Action"), an Omnibus Motion to Dismiss requesting an order, under Rules
9  8(a), 9(b), 12(b)(1), 12(b)(6), and 15(a)(2) of the Federal Rules of Civil Procedure,
10 dismissing with prejudice the Complaints filed by Plaintiffs in the following fourteen
11 actions before the Court ("Actions"), including this action:

12     a. *K.A.* Action;
13     b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS
14        (C.D. Cal. June 7, 2024);
15     c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS
16        (C.D. Cal. June 7, 2024);
17     d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS
18        (C.D. Cal. June 7, 2024);
19     e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS
20        (C.D. Cal. June 7, 2024);
21     f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS
22        (C.D. Cal. June 7, 2024);
23     g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS
24        (C.D. Cal. June 12, 2024);
25     h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS
26        (C.D. Cal. June 13, 2024);
27     i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS
28        (C.D. Cal. June 13, 2024);

j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);

k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);

l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);

m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

CB moves to dismiss on the grounds that Plaintiff lacks standing to assert a claim against it under Article III, Section 2, Clause 1 of the U.S. Constitution and that Plaintiff fails to state a claim for relief against CB. CB requests that the Court dismiss all claims against it without leave to amend.

Pursuant to Local Civil Rule 7-3, the Omnibus Motion to Dismiss is made following the conference of counsel, which took place on October 14, 2024.

The CB Defendants also filed in the *K.A.* Action an Omnibus Notice of Interested Parties pursuant to Local Civil Rule 7.1-1 and Federal Rule of Civil Procedure 7.1. The Notice of Interested Parties also applies to this action.

Dated: October 30, 2024                     WHITE & CASE LLP

By: /s/ David G. Hille
     David G. Hille

Attorneys for Defendant
COLBECK CAPITAL
MANAGEMENT, LLC