1   JAMES M. PEARL (SB# 198481)
    jamespearl@paulhastings.com
2   KIAURA CLARK (SB# 336314)
    kiauraclark@paulhastings.com
3   **PAUL HASTINGS LLP**
    1999 Avenue of The Stars, 27th Floor
4   Los Angeles, California 90067
    Telephone: 1(310) 620-5700
5   Facsimile: 1(310) 620-5899

6   ADAM M. REICH (SB# 274235)
    adamreich@paulhastings.com
7   EMMA LANZON (*pro hac vice*)
    emmalanzon@paulhastings.com
8   **PAUL HASTINGS LLP**
    71 South Wacker Drive, 45th Floor
9   Chicago, Illinois 60606
    Telephone: 1(312) 499-6000
10  Facsimile: 1(312) 499-6100

11  *[Additional Counsel for Defendant
    continued on next page]*
12
    *Attorneys for Defendant,*
13  *Redwood Capital Management, LLC*

14

15              UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17  T.C.,                              CASE NO. 2:24-cv-04795-WLH-ADS

18              Plaintiff,             **DEFENDANT REDWOOD
                                       CAPITAL MANAGEMENT, LLC'S**
19      vs.                            **NOTICE OF FILING IN RELATED
                                       CASE**
20  MINDGEEK S.A.R.L. a foreign entity;
    MG FREESITES, LTD., a foreign
21  entity; MINDGEEK USA
    INCORPORATED, a Delaware
22  corporation; MG PREMIUM LTD, a
    foreign entity; MG GLOBAL
23  ENTERTAINMENT INC., a Delaware
    corporation; 9219-1568 QUEBEC,
24  INC., a foreign entity; BERND
    BERGMAIR, a foreign individual;
25  FERAS ANTOON, a foreign individual;
    DAVID TASSILLO, a foreign
26  individual; VISA INC., a Delaware
    corporation; REDWOOD CAPITAL
27  MANAGEMENT, LLC, a Delaware
    limited liability company; REDWOOD
28  DOE FUNDS 1-7; COLBECK

────────────────────────────────────────
        DEFENDANT REDWOOD'S NOTICE OF FILING

1  CAPITAL MANAGEMENT, LLC, a
   Delaware company, COLBECK DOE
2  FUNDS 1-3,

3            Defendants.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    *[Additional Counsel for Defendant continued from caption page]*

2

3    KRISTOPHER M. HANSEN (*pro hac vice*)
     krishansen@paulhastings.com

4    **PAUL HASTINGS LLP**
     200 Park Avenue

5    New York, New York 10166
     Telephone: 1(212) 318-6000

6    Facsimile: 1(212) 752-3310

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases, on October 30, 2024, Defendant Redwood Capital Management, LLC ("Redwood") filed in *K.A. v. MindGeek, S.à.r.l., et al.,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("*K.A.* Action"), an Omnibus Motion to Dismiss (and supporting documents) requesting an order, under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, dismissing with prejudice the Complaints filed by Plaintiffs in the following fourteen actions before the Court, including this action:

a. *K.A.* Action;

b. *N.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);

c. *L.T. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);

d. *T.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);

e. *X.N. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);

f. *N.Y. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);

g. *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);

h. *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);

i. *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);

1     j. *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS

2       (C.D. Cal. June 13, 2024);

3     k. *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS

4       (C.D. Cal. June 14, 2024);

5     l. *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS

6       (C.D. Cal. June 20, 2024);

7     m. *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS

8       (C.D. Cal. June 20, 2024); and

9     n. *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS

10       (C.D. Cal. June 20, 2024).

11     The Omnibus Motion to Dismiss includes arguments and bases to dismiss that

12 are applicable to the Plaintiff in this case, including that this case and the claims

13 asserted therein should be dismissed because:

14 • Plaintiff lacks Article III and statutory standing;

15 • The Complaint does not state a claim for violation of federal sex-trafficking

16    laws (18 U.S.C. §§ 1591, 1594, and 1595); and

17 • The Complaint does not state a claim for the remaining claims, including Cal.

18    Bus. & Prof. Code §§ 17200 and 17500, civil conspiracy, and intentional

19    infliction of emotional distress.

20     The Omnibus Motion to Dismiss is made following the conference of counsel

21 (by video) pursuant to L.R. 7-3, which took place on October 14, 2024.

22

23

24 DATED: October 30, 2024         **PAUL HASTINGS LLP**

25

26            By: /s/ *James M. Pearl*

                    JAMES M. PEARL

27            *Attorneys for Defendant Redwood*

28            *Capital Management, LLC*