Name and address:
Emma Lanzon
emmalanzon@paulhastings.com
PAUL HASTINGS LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

T.C.

v.

MindGeek S.A.R.L., et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER

2:24-cv-04795-WLH-ADS

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lanzon, Emma J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 499-6000
*Telephone Number*

(312) 499-6100
*Fax Number*

emmalanzon@paulhastings.com
*E-Mail Address*

Paul Hastings LLP
71 S. Wacker Drive, 45th Floor
Chicago, IL 60606
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Redwood Capital Management

*Name(s) of Party(ies) Represented*      ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:*

and designating as Local Counsel

Pearl, James M.
*Designee's Name (Last Name, First Name & Middle Initial)*

198481
*Designee's Cal. Bar No.*

(310) 620-5700
*Telephone Number*

(310) 620-5899
*Fax Number*

jamespearl@paulhastings.com
*E-Mail Address*

Paul Hastings LLP
1999 Avenue of the Stars, 27th Floor
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1