Name and address:
Kristopher M. Hansen
krishansen@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.<br><br>v.<br><br>MindGeek S.A.R.L., et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br><br>2:24-cv-04795-WLH-ADS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Hansen, Kristopher M.   of   Paul Hastings LLP / 200 Park Avenue / New York, NY 10166
*Applicant's Name (Last Name, First Name & Middle Initial)*   *Firm/Agency Name & Address*

(212) 318-8000   (212) 319-4090
*Telephone Number*   *Fax Number*

krishansen@paulhastings.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**
Redwood Capital Management, LLC

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*   ☒ *Defendant(s)*   ☐ *Other:* ____

**and designating as Local Counsel**
Pearl, James M.   of   Paul Hastings LLP / 1999 Avenue of the Stars, 27th Floor / Los Angeles, CA 90067
*Designee's Name (Last Name, First Name & Middle Initial)*   *Firm/Agency Name & Address*

198481   (310) 620-5700   (310) 620-5899
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

jamespearl@paulhastings.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: ____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated ____                    ____
                              U.S. District Judge/U.S. Magistrate Judge