NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
DAN MARMALEFSKY (CA SBN 95477)
707 Wilshire Boulevard
Los Angeles, CA 90017
Telephone: 213.892.5200
RONALD G. WHITE (Admitted pro hac vice)
250 Vesey Street, 27th Floor
New York, NY 10281
Telephone: 212.335.2381

ATTORNEY(S) FOR: Defendant Bernd Bergmair

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| T.C. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:24-cv-04795 |
| v. | |
| MindGeek S.A.R.L., et al. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                                        Defendant Bernd Bergmair
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| T.C | Plaintiff |
| MindGeek S.A.R.L. | Defendant |
| MG Freesites, Ltd. | Defendant |
| MindGeek USA Incorporated | Defendant |
| MG Premium Ltd. | Defendant |
| MG Global Entertainment Inc. | Defendant |
| 9219-1568 Quebec, Inc. | Defendant |
| Bernd Bergmair | Defendant |
| Feras Antoon | Defendant |
| David Tassillo | Defendant |
| Visa Inc. | Defendant |
| Redwood Capital Management, LLC | Defendant |
| Redwood Doe Funds 1-7 | Defendant |
| Colbeck Capital Management, LLC | Defendant |
| Colbeck Doe Funds | Defendant |

November 7, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Defendant Bernd Bergmair

CV-30 (05/13)                                     NOTICE OF INTERESTED PARTIES