Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>   Plaintiff,<br><br>   v.<br><br>MINDGEEK S.A.R.L., et al.,<br><br>   Defendants. | CASE NO. 2:24-cv-4795-WLH-ADS<br><br>JUDGE: HON. WESLEY L. HSU<br><br>**PLAINTIFF'S NOTICE OF FILING OF OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS IN RELATED CASE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to the Court's Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (ECF. No. 53, "Limited Coordination Order") entered in this case, on December 12, 2024, Plaintiff T.C. filed in *K.A v. MindGeek, S.à.r.l., et al,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("K.A. Action"), an Omnibus Opposition to Defendants' Motions to Dismiss requesting that the Court deny the Motions to Dismiss filed by Defendants in the following fourteen actions before the court ("Actions"), including this one:

    a) K.A. Action;
    b) *N.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);
    c) *L.T. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);
    d) *T.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);
    e) *X.N. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);
    f) *N.Y. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);
    g) *J.C. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);
    h) *W.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);
    i) *C.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);
    j) *S.O. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);
    k) *L.S. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);
    l) *W.P. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);
    m) *A.K. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and

1. n) *J.L. v. MindGeek S.à.r.l., et al.*, No. 2:24-cv-07046-WLH-ADS (C.D. Cal. June 20, 2024).

Pursuant to this Court's Limited Coordination Order, and the Amended Stipulated Protective Order filed in *Fleites v. MindGeek S.a.r.l., et al.*, 2:21-cv-04920-WLH-ADS (ECF No. 490), Plaintiff also filed in the K.A. Action the Declaration of Michael Bowe in Support of Plaintiffs' Omnibus Opposition to Defendants' Motions to Dismiss and the Exhibits attached thereto. Pursuant to the Limited Coordination Order, Plaintiff hereby provides Notice of the relevant filing and incorporates the Omnibus Opposition, Bowe Declaration, and the exhibits thereto into this action.

Dated: December 12, 2024            Respectfully submitted,

/s/ Michael J. Bowe
Michael J. Bowe (*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat (*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar #198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane #301
Newport Beach, CA 92663
Phone: 949.887.4600

*Counsel for Plaintiff*