Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L. a foreign entity; MG FREESITES, LTD., a foreign entity; MINDGEEK USA INCORPORATED, a Delaware corporation; MG PREMIUM LTD, a foreign entity; MG GLOBAL ENTERTAINMENT INC., a Delaware corporation; 9219-1568 QUEBEC, INC., a foreign entity; BERND BERGMAIR, a foreign individual; FERAS ANTOON, a foreign individual; DAVID TASSILLO, a foreign individual; VISA INC., a Delaware corporation; REDWOOD CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; REDWOOD DOE FUNDS 1-7; COLBECK CAPITAL MANAGEMENT, LLC, a Delaware limited liability company; COLBECK DOE FUNDS 1-3, <br><br> Defendants. | Case No. 2:24-cv-04795-WLH-ADS <br><br> **JOINT STIPULATION TO REQUEST SUBSTITUTION OF REDWOOD AND COLBECK DOE FUND DEFENDANTS IN PLAINTIFF'S COMPLAINT** <br><br> Judge:  Hon. Wesley L. Hsu <br><br> Complaint filed: June 7, 2024 <br><br> Trial Date:  None Set |

Plaintiff T.C. ("Plaintiff") and Defendants MindGeek S.à r.l, MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., 9219-1568 Quebec Inc., Visa Inc., Redwood Capital Management, LLC, Colbeck Capital Management, LLC, Bernd Bergmair, Feras Antoon, and David Tassillo (collectively, "Defendants") (collectively with Plaintiff, the "Parties"), by and through their counsel, hereby stipulate as follows:

WHEREAS, on May 23, 2024, in a related case—*Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS) ("*Fleites* Action") —Plaintiff Serena Fleites filed both a Motion to Amend the Caption and a Second Amended Complaint, which identifies Colbeck and Redwood as new defendants (ECF Nos. 384, 385);

WHEREAS, after filing the Second Amended Complaint in the *Fleites* Action, between June 7, 2024 and August 20, 2024, Plaintiff's counsel Brown Rudnick LLP also filed fourteen (14) additional actions against the same Defendants in the United States District Court for the Central District of California, each of which has been designated as "related" and assigned to the Honorable Wesley L. Hsu (the "Related Actions");

- *K.A. v. MindGeek S.A.R.L. et al.*, 24-cv-04786;
- *N.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04788;
- *T.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04795;
- *X.N. v. MindGeek S.A.R.L. et al.*, 24-cv-04800;
- *N.Y. v. MindGeek S.A.R.L. et al.*, 24-cv-04801;
- *L.T. v. MindGeek S.A.R.L. et al.*, 24-cv-04791;
- *J.C. v. MindGeek S.A.R.L. et al.*, 24-cv-04971;
- *W.L. v. MindGeek S.A.R.L. et al.*, 24-cv-04977;
- *C.S. v. MindGeek S.A.R.L. et al.*, 24-cv-04992;
- *S.O. v. MindGeek S.A.R.L. et al.*, 24-cv-04998;
- *L.S. v. MindGeek S.A.R.L. et al.*, 24-cv-05026;

- *W.P. v. MindGeek S.A.R.L. et al.*, 24-cv-05185;
- *A.K. v. MindGeek S.A.R.L. et al.*, 24-cv-05190; and
- *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-07046.

WHEREAS, Plaintiff in the *Fleites* Action filed the names of the Redwood Doe Funds and Colbeck Doe Funds under seal at the time she filed her Second Amended Complaint and Motion to Amend the Caption;

WHEREAS, the same Redwood Doe Funds and Colbeck Doe Funds are named as defendants in the Related Actions;

WHEREAS, on June 18, 2024, Plaintiff in the *Fleites* Action filed a Motion to Unseal the Names of the Redwood and Colbeck Fund Defendants in the Second Amended Complaint (ECF No. 400, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS, "Motion to Unseal");

WHEREAS, on July 5, 2024, the MindGeek Defendants filed a notice of non-opposition to Plaintiff's Motion to Unseal in the *Fleites* Action (ECF No. 403, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS);

WHEREAS, on July 9, 2024, the Court in the *Fleites* Action granted Plaintiff's Motion to Unseal (ECF No. 407, *Fleites v. MindGeek S.a.r.l. et al.*, Case No. 21-cv-04920-WLH-ADS);

WHEREAS, *J.L. v. MindGeek S.A.R.L., et al.*, 24-cv-0704 was filed after the names of the Redwood and Colbeck Fund Defendants were unsealed.

WHEREAS, Plaintiff seeks the following relief:

(1) Substitution of Defendants Redwood Doe Funds 1-7 in the caption and Plaintiff's complaint with Redwood Master Fund, Ltd; Redwood Opportunity Master Fund, Ltd; Manuel 2018, LLC; Ginogerum, LLC; and White-Hathaway Opportunity Fund, LLC; and

(2) Substitution of Defendants Colbeck Doe Funds 1-3 in the caption and Plaintiff's complaint with CB Media Ventures DD, LLC; CB Agency Services, LLC;

and CB Participations SPV, LLC;

WHEREAS, Defendants do not oppose Plaintiff's request, but the Parties agree that this stipulation is without prejudice to Defendants' objections and defenses, including any objection or defense based on statutes of limitations;

Accordingly, the Parties respectfully request that this Court enter the [Proposed] Order concurrently filed with this Joint Stipulation.

IT IS SO STIPULATED.

DATED: December 20, 2024            **BROWN RUDNICK LLP**

By: _____*/s/ Lauren Tabaksblat*_____
Michael J. Bowe
Lauren Tabaksblat

**OLSON STEIN LLP**

By: _____*/s/ David M. Stein*_____
David M. Stein

*Attorneys for Plaintiff*

DATED: December 20, 2024         **MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.**

By: _____/s/ Esteban Morales Fabila_____
Esteban Morales Fabila
Peter A. Biagetti

*Attorneys for Defendants MindGeek S.à r.l., MG Freesites Ltd, MindGeek USA Incorporated, MG Premium Ltd, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.*

DATED: December 20, 2024         **WEIL, GOTSHAL & MANGES LLP**

By: _____/s/ Drew Tulumello_____
Drew Tulumello
*Attorneys for Defendant Visa Inc.*

DATED: December 20, 2024         **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO PC**

By: _____/s/ Jonathan S. Sack_____
Jonathan S. Sack
*Attorneys for Defendant David Tassillo*

DATED: December 20, 2024      **COHEN & GRESSER LLP**

By: */s/ Matthew V. Povolny*
 Matthew V. Povolny
 *Attorneys for Defendant Feras Antoon*

DATED: December 20, 2024      **WALDEN MACHT HARAN & WILLIAMS LLP**

By: */s/ Ronald G. White*
 Ronald G. White
 *Attorneys for Defendant Bernd Bergmair*

DATED: December 20, 2024      **PAUL HASTINGS LLP**

By: */s/ James M. Pearl*
 James M. Pearl
 Adam M. Reich
 Emma Lanzon
 Kiaura Clark
 *Attorneys for Defendants Redwood Capital Management, LLC, Redwood Master Fund, Ltd, Redwood Opportunity Master Fund, Ltd, Manuel 2018, LLC, Ginogerum, LLC, and White-Hathaway Opportunity Fund, LLC*

| | | |
|---|---|---|
| DATED: December 20, 2024 | | WHITE & CASE LLP |

By:    */s/ David G. Hille*
David G. Hille
Kevin C. Adam
Russell J. Gould
*Attorneys for Defendants Colbeck Capital Management, LLC, CB Media Ventures DD, LLC, CB Agency Services, LLC, and CB Participations SPV, LLC*

## **ATTESTATION STATEMENT**

I, David M. Stein, the filer of this declaration, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 20, 2024        **OLSON STEIN LLP**

                                            */s/ David M. Stein*
                                            David M. Stein

                                            *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I, the undersigned counsel of record for Plaintiff, certify that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on December 20, 2024 upon all counsel of record via ECF.

Dated: December 20, 2024          **BROWN RUDNICK LLP**

*/s/ Lauren Tabaksblat*
Lauren Tabaksblat

*Attorney for Plaintiff*