Michael J. Bowe
(*pro hac vice*)
mbowe@brownrudnick.com
Lauren Tabaksblat
(*pro hac vice*)
ltabaksblat@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, NY 10036
Phone: 212.209.4800
Fax:    212.209.4801

David M. Stein (State Bar # 198256)
dstein@olsonstein.com
**OLSON STEIN LLP**
240 Nice Lane # 301
Newport Beach, CA 92663
Phone: 949.887.4600

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C., <br><br> Plaintiff, <br><br> v. <br><br> MINDGEEK S.A.R.L., et al., <br><br> Defendants. | CASE NO. 2:24-cv-4795-WLH-ADS <br><br> JUDGE: HON. WESLEY L. HSU <br><br> **NOTICE OF FILING OF SUPPLEMENTAL AUTHORITY** <br><br> Complaint Filed: June 7, 2024 |

1   TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2   PLEASE TAKE NOTICE that, pursuant to the Court's October 15, 2024, Order Granting Joint Stipulation to Request Limited Coordination for Purposes of Responding to Complaints in Related Cases (ECF. No. 53, "Limited Coordination Order") entered in this case, on December 20, 2024, Plaintiff filed in *K.A v. MindGeek, S.à.r.l., et al,* No. 2:24-cv-04786-WLH-ADS (C.D. Cal. June 7, 2024) ("K.A. Action"), a Notice of Supplemental Authority in the following fourteen actions before the court ("Actions"), including this one:

    a)    K.A. Action;
    b)    *N.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04788-WLH-ADS (C.D. Cal. June 7, 2024);
    c)    *L.T. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04791-WLH-ADS (C.D. Cal. June 7, 2024);
    d)    *T.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04795-WLH-ADS (C.D. Cal. June 7, 2024);
    e)    *X.N. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04800-WLH-ADS (C.D. Cal. June 7, 2024);
    f)    *N.Y. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04801-WLH-ADS (C.D. Cal. June 7, 2024);
    g)    *J.C. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04971-WLH-ADS (C.D. Cal. June 12, 2024);
    h)    *W.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04977-WLH-ADS (C.D. Cal. June 13, 2024);
    i)    *C.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04992-WLH-ADS (C.D. Cal. June 13, 2024);
    j)    *S.O. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-04998-WLH-ADS (C.D. Cal. June 13, 2024);
    k)    *L.S. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05026-WLH-ADS (C.D. Cal. June 14, 2024);
    l)    *W.P. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05185-WLH-ADS (C.D. Cal. June 20, 2024);
    m)    *A.K. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-05190-WLH-ADS (C.D. Cal. June 20, 2024); and
    n)    *J.L. v. MindGeek S.à.r.l., et al.,* No. 2:24-cv-07046-WLH-ADS (C.D. Cal. August 20, 2024).

| | |
|---|---|
| Dated: December 20, 2024 | Respectfully submitted, |
| | |
| | */s/ Lauren Tabaksblat* |
| | Michael J. Bowe (*pro hac vice*) |
| | mbowe@brownrudnick.com |
| | Lauren Tabaksblat (*pro hac vice*) |
| | ltabaksblat@brownrudnick.com |
| | **BROWN RUDNICK LLP** |
| | 7 Times Square |
| | New York, NY 10036 |
| | Phone: 212.209.4800 |
| | Fax:    212.209.4801 |
| | |
| | David M. Stein (State Bar #198256) |
| | dstein@olsonstein.com |
| | **OLSON STEIN LLP** |
| | 240 Nice Lane #301 |
| | Newport Beach, CA 92663 |
| | Phone: 949.887.4600 |
| | |
| | *Counsel for Plaintiff* |

3
NOTICE OF FILING