DAN MARMALEFSKY
(CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

RONALD G. WHITE
(*pro hac vice*)
RWhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY 10281
Telephone: 212-335-2387
Facsimile: 212-335-2040

*Attorneys for Defendant Bernd Bergmair*

(Additional Counsel Listed on
Signature Page)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| T.C.,<br><br>                Plaintiff,<br>    vs.<br>MINDGEEK S.A.R.L., et al.,<br><br>            Defendants. | Case No. 2:24-cv-04795<br><br>**NOTICE OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL FILING**<br><br>Date: April 24, 2025<br>Time: 9:00 a.m.<br>Courtroom: 9B<br>Judge: Hon. Wesley L. Hsu<br>Complaint Filed: June 7, 2024<br>Trial Date: None Set |

**TO PLAINTIFF AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** pursuant to the Minutes of Omnibus Motion to Dismiss entered in this case (ECF No. 94), Defendants Feras Antoon, David Tassillo and Bernd Bergmair (collectively, the "Individual Defendants") filed the Individual Defendants' Supplemental Filing in Support  of Their Motions to Dismiss Plaintiff's Second Amended Complaint for Lack of Personal Jurisdiction and for Failure to State a Claim in *Fleites v. MindGeek, S.à.r.l, et al.*, Case No. 2:21-cv-4920-WLH-ADS (C.D. Cal.), which is hereby incorporated in full in this case.

Dated: March 21, 2025

By: */s/ Ronald G. White*

RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair

NOTICE OF INDIVIDUAL DEFENDANTS' SUPPLEMENTAL FILING

1

JONATHAN S. SACK (*pro hac vice*)
jsack@maglaw.com

2

Morvillo Abramowitz Grand Iason &
Anello PC

3

565 Fifth Avenue

4

New York, New York 10017

5

Phone: (212) 856-9600
Facsimile: (212) 856-9494

6

7

Attorneys for Specially Appearing
Defendant David Tassillo

8

9

JASON BROWN (*pro hac vice*)
jbrown@cohengresser.com

10

Matthew V. Povolny (*pro hac vice*)
Joanna Chan (SBN 284898)

11

jchan@cohengresser.com

12

Cohen & Gresser LLP

13

800 Third Avenue
New York, New York 10022

14

Phone: (212) 957-7600
Facsimile: (212) 957-4514

15

16

Attorneys for Specially Appearing
Defendant Feras Antoon

17

18

DAVID W. WIECHERT (SBN 94607)

19

Wiechert, Munk & Goldstein, PC
dwiechert@aol.com

20

4000 MacArthur Boulevard
Suite 600 East Tower

21

Newport Beach, CA 92660

22

Phone: (949) 361-2822
Facsimile: (949) 361-5722

23

24

Attorneys for Specially Appearing
Defendants David Tassillo and Feras
Antoon

25

26

27

28

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, the counsel of record for Bernd Bergmair, certifies that the foregoing instrument was served pursuant to the Federal Rules of Civil Procedure on March 21, 2025 upon all counsel of record via ECF.

Dated: March 21, 2025

Respectfully submitted,

*/s/ Ronald G. White*
RONALD G. WHITE
(*pro hac vice*)
rwhite@wmhwlaw.com
Walden Macht Haran & Williams LLP
250 Vesey Street
New York, NY  10281
Tel: (212) 335-2387
Fax: (212) 335-2040

DAN MARMALEFSKY (CA SBN 95477)
DMarmalefsky@mofo.com
Morrison & Foerster LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213-892-5200
Facsimile: 213-892-5454

Attorneys for Defendant Bernd Bergmair