1  Peter A. Biagetti *(Admitted Pro Hac Vice)*
   pabiagetti@mintz.com
2  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
   One Financial Center
3  Boston, MA 02111
   Telephone: (617) 542-6000
4  Facsimile: (617) 542-2241

5  Attorneys for Defendants
   MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd,
6  MindGeek USA Incorporated, MG Global Entertainment Inc.,
   and 9219-1568 Quebec Inc.
7
   [*Additional Defendants' Counsel continued on next page*]
8

9  **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 T.C.,                                    Case No. 2:24-cv-04795-WLH-ADS

13     Plaintiff.                           Case Assigned to Hon. Wesley L. Hsu
                                            Courtroom 9B
14     v.

15 MINDGEEK S.A.R.L. a foreign entity;      **NOTICE OF DEFENDANTS**
   MG FREESITES LTD, a foreign entity;      **MINDGEEK S.À R.L., MG**
16 MINDGEEK USA INCORPORATED, a             **FREESITES LTD, MG PREMIUM**
   Delaware corporation; MG PREMIUM         **LTD, MINDGEEK USA**
17 LTD, a foreign entity; MG GLOBAL         **INCORPORATED, MG GLOBAL**
   ENTERTAINMENT INC., a Delaware           **ENTERTAINMENT INC, AND 9219-**
18 corporation; 9219-1568 QUEBEC, INC.,     **1568 QUEBEC INC.'S OMNIBUS**
   a foreign entity; BERND BERGMAIR, a      **APPLICATION FOR LEAVE TO**
19 foreign individual; FERAS ANTOON, a      **FILE DOCUMENTS UNDER SEAL**
   foreign individual; DAVID TASSILLO,      **PURSUANT TO CIVIL LOCAL RULE**
20 a foreign individual; VISA INC., a       **79-5.2.2**
   Delaware corporation; REDWOOD
21 CAPITAL MANAGEMENT, LLC, a
   Delaware limited liability company;     Complaint Filed: June 7, 2024
22 REDWOOD DOE FUNDS 1-7;
   COLBECK CAPITAL
23 MANAGEMENT, LLC, a Delaware
   limited liability company; COLBECK
24 DOE FUNDS 1-3,

25     Defendants.

26

27

28

NOTICE OF MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2

1  [*Additional Defendants' Counsel continued from caption page*]

2  Arameh Z. O'Boyle (SBN 239495)
   azoboyle@mintz.com
3  Esteban Morales Fabila (SBN 273948)
   emorales@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
   2049 Century Park East, Suite 300
5  Los Angeles, CA 90067
   Telephone:  (310) 586-3200
6  Facsimile:   (310) 586-3202

7

   Seth R. Goldman *(Pro Hac Vice Forthcoming)*
8  srgoldman@mintz.com
   MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
9  919 Third Avenue
   New York, NY 10022
10 Telephone: (212) 692-6845
   Facsimile:  (212) 983-3115

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MINDGEEK DEFENDANTS' OMNIBUS APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2

**PLEASE TAKE NOTICE THAT** pursuant to the Civil Minutes on the Omnibus Motion to Dismiss entered in this case, Defendants MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc. (collectively "MindGeek Defendants") have filed an Omnibus Application for Leave to File Documents Under Seal Pursuant to Civil Local Rule 79-5.2.2 in Support of Motions to Dismiss ("Omnibus Application") in the case, *Fleites v. MindGeek Sà.r.l., et al.*, Case No. 2:21-cv-04920-WLH-ADS (C.D. Cal. March 28, 2025), which is hereby incorporated in full into this case.

Dated: March 28, 2025

Respectfully submitted,

MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C.

*/s/ Esteban Morales Fabila*
Peter A. Biagetti
Seth R. Goldman
Arameh Z. O'Boyle
Esteban Morales Fabila

Attorneys for Defendants
MindGeek S.à r.l., MG Freesites Ltd, MG Premium Ltd, MindGeek USA Incorporated, MG Global Entertainment Inc., and 9219-1568 Quebec Inc.